# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 8, 2025

*By the Court:*

| | |
|---|---|
| Nos. 21-1494 & 21-2539 | SOFIA MALTUS GUSMAN, ALEJANDRA GUIJOZA MALTUS and MAYRELI MALTUS GUSMAN,<br>    Petitioners<br><br>v.<br><br>PAMELA J. BONDI, Attorney General of the United States,<br>    Respondent |
| **Originating Case Information:** | |
| Agency Case Nos: A215-816-663, A215-816-664, & A215-816-665<br>Board of Immigration Appeals | |

Upon consideration of the **PETITIONERS' MOTION FOR EXTENSION OF TIME TO FILE THEIR OPENING BRIEF**, filed on October 8, 2025, by counsel for the petitioners,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief and required short appendix of the petitioners are due by November 13, 2025.
2. The brief of the respondent is due by December 15, 2025.
3. The reply brief of the petitioners, if any, is due by January 5, 2026.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)